In the Matter of the Probate of the Will of ALEXANDER BURKE, Deceased.

KATHERINE BURKE, as Executrix of ALEXANDER BURKE, Deceased, Respondent; MIRIAM EMMERICH et al., Appellants.

Argued October 14, 1937; decided November 16, 1937.

*William E. Kennedy, James Adikes* and *Elias H. Avram* for appellants.

*Arthur Morris* and *Morris Okoshken* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.